**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| KAREN FUNDERBURK, on behalf of herself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) | No. 13-CV-04848 |
| v. | ) ) | |
| THE WIRBICKI LAW GROUP, LLC, and BANK OF AMERICA, N.A., as successor by merger to BAC Home Loans Servicing, LP, | ) ) ) ) | Magistrate Judge Kim (consent filed) |
| Defendants. | ) | |

**<u>PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL</u>**

Plaintiff Karen Funderburk, by and through her attorneys, hereby files this request for preliminary approval of the parties' Class Action Settlement Agreement and states as follows:

1.     All parties have now executed a Settlement Agreement, reached after multiple months of negotiations and substantial give-and-take.

2.     The Settlement Agreement, and its respective exhibits, is attached as <u>Exhibit 1</u> hereto.

3.     In accordance with the terms of the Settlement Agreement, Plaintiff hereby requests that a Preliminary Approval Order be entered, the proposed Settlement Classes be certified for settlement purposes, and the Class Notice plan be approved for distribution.

4.     A memorandum in support of this motion is being contemporaneously filed herewith.

WHEREFORE, Plaintiff respectfully requests that this Court preliminarily approve the parties' Class Action Settlement Agreement (<u>Exhibit C</u> to <u>Exhibit 1</u>) and set a date for a Final Fairness Hearing ninety (90) days from entry of the Preliminary Approval Order.

Respectfully submitted,

By: /s/ Stacy M. Bardo
One of Plaintiff's Attorneys

Lance A. Raphael
Stacy M. Bardo
The Consumer Advocacy Center, P.C.
180 West Washington, Suite 700
Chicago, Illinois 60602
(312) 782-5808